GARTH M. ROCKCASTLE, Appellant, v. WEBB MALLEY and Another, Respondents. — Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event. (See memorandum in the companion case of Rockcastle [Alan] v. Malley, ante, p. 943.) All concur. (The judgment dismisses

the complaint in an action by father for loss of services of son, plaintiff in the action last above named.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.